JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| James McIver, | Feza Trans LLC, Elvin R. Andujar-Ortiz, ABC Companies 1-10 and John Doe 1-5, |
| **(b)** County of Residence of First Listed Plaintiff   Bronx, NY | County of Residence of First Listed Defendant   Bergen, NJ |
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*<br>Cellino & Barnes, P.C.<br>420 Lexington Avenue, Suite 2140<br>New York, NY  10170 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1   U.S. Government Plaintiff
- ❏ 3   Federal Question *(U.S. Government Not a Party)*
- ❏ 2   U.S. Government Defendant
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury<br>❏ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>❏ 365 Personal Injury - Product Liability<br>❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 835 Patent - Abbreviated New Drug Application<br>❏ 840 Trademark<br>**SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g)) | ❏ 375 False Claims Act<br>❏ 376 Qui Tam (31 USC 3729(a))<br>❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 893 Environmental Matters<br>❏ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | **CIVIL RIGHTS**<br>❏ 440 Other Civil Rights<br>❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>❏ 463 Alien Detainee<br>❏ 510 Motions to Vacate Sentence<br>❏ 530 General<br>❏ 535 Death Penalty<br>**Other:**<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>❏ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Management Relations<br>❏ 740 Railway Labor Act<br>❏ 751 Family and Medical Leave Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration<br>❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>❏ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S. Code Statute 1332(a)(1)(c)(1)(c)

Brief description of cause:
Motor vehicle accident

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JAMES MCIVER,

       Plaintiff,       **Docket No.:**

v.               **COMPLAINT AND JURY DEMAND**

FEZA TRANS LLC, ELVIN R. ANDUJAR-ORTIZ
and ABC COMPANIES 1-10 and  JOHN DOE 1-5
names being fictitious.

       Defendants.

Plaintiff, by their attorneys CELLINO & BARNES, P.C., alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1.   Plaintiff, JAMES MCIVER, presently, and has been at all times herein mentioned, a citizen and resident of the State of New York and at all times material herein, is competent to bring suit in her individual capacity.

2.   At all times herein relevant, defendant, FEZA TRANS LLC was a domestic limited liability company based in the State of New Jersey, with the only member being Billy Ylli Feza who is a citizen and resident of New Jersey with a residence address of 375 Union Avenue, Rutherford, New Jersey 07070.

3.   That at all times herein relevant, defendant, FEZA TRANS LLC committed a tortious act within the State of New Jersey.

4.      That at all time herein relevant, defendant, FEZA TRANS LLC committed a tortious act without the State of New Jersey causing injury to person or property within the State of New Jersey.

5.      That by virtue of the allegations above, defendant, FEZA TRANS LLC is subject to the laws of the State of New Jersey pursuant to Rule 4:3.

6.      At all times herein relevant, defendant, ELVIN R. ANDUJAR-ORTIZ is an adult individual and a citizen and resident of the State of New Jersey.

7.      ABC COMPANIES 1-10 said names being fictitious are named as defendants in order to preserve the statue of limitations against unknown companies.

8.      JOHN DOE 1-5 said names being fictitious are named as defendants in order to preserve the statue of limitations against unknown companies

9.      Damages alleged by plaintiff exceed the sum or value of $75,000.00, exclusive of interest and costs, pursuant to 28 U.S.C. Section 1332(a) and Fed. Rules of Civil Procedure 8(a) (1).

10.      The parties have diversity of jurisdiction and the amount in controversy exceeding the jurisdictional limits confers this Court with jurisdiction over the subject matter of this Complaint and over the parties hereto under 28 U.S.C. Section 1332 and Fed. Rules of Civil Procedure 8(a) (1).

11.      Venue is proper and appropriate in United States District Court District of New Jersey because the motor vehicle accident, which is the subject matter of this Complaint, occurred in U.S. District of New Jersey.

## FACTUAL BACKGROUND

12.     On June 24, 2016 defendant, FEZA TRANS LLC was the owner and/or lessee of a certain 2005 International Box Truck bearing New Jersey license plate No.: AP112M.

13.     On June 24, 2016 defendant, ELVIN R. ANDUJAR-ORTIZ was the operator of a certain 2005 International Box Truck bearing New Jersey license plate No.: AP112M owned and/or leased by FEZA TRANS LLC.

14.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, operated the vehicle described in Paragraph 12 above with the full knowledge of the owner, defendant, FEZA TRANS LLC.

15.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, operated the vehicle described in Paragraphs 12 above with the full permission of the owner, defendant, FEZA TRANS LLC.

16.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, operated the vehicle described in Paragraphs 12 above with the full authority of the owner, defendant, FEZA TRANS LLC.

17.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, was acting within the course and scope of his employment for defendant, FEZA TRANS LLC.

18.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, was an agent of defendant, FEZA TRANS LLC.

19.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, was a servant of defendant, FEZA TRANS LLC.

20.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, was an employee of defendant ABC Companies 1-5.

21.     On June 24, 2016, plaintiff, JAMES MCIVER, was a passenger in a vehicle owned by his employer and operated by JOSE R. MONTANO a co-worker, which vehicle was a certain 2013 Freightliner bearing New Jersey license plate No.: XATU51.

22.     On June 24, 2016, defendant, ELVIN R. ANDUJAR-ORTIZ, operated the vehicle described in Paragraphs 12 herein above in a southbound direction on Route 1 & 9 at or near Old Lincoln Highway, in the State of, New Jersey.

23.     On June 24, 2016, plaintiff, JAMES MCIVER was a passenger in a vehicle which was driving in a southbound direction on Route 1 & 9 at or near Old Lincoln Highway, in the State of, New Jersey.

24.     On June 24, 2016, the vehicle operated by defendant ELVIN R. ANDUJAR-ORTIZ as described in Paragraphs 12 herein above, came into contact with the vehicle in which plaintiff was a passenger as described in Paragraphs 21 and 23. As a result of the aforementioned occurrence, plaintiff sustained injuries.

## AS AND FOR A FIRST CAUSE OF ACTION

27.     On June 24, 2016, the vehicle operated by defendant, ELVIN R. ANDUJAR-ORTIZ, as described in Paragraphs 12 herein above, came into contact with the vehicle in which plaintiff was a passenger as described in Paragraphs 21 and 23 on Route 1 & 9 at or near Old Lincoln Highway, in the State of, New Jersey.  As a result of the aforementioned occurrence, plaintiff, JAMES MCIVER sustained injuries.

28.     The aforementioned occurred as a result of the negligence and/or recklessness of defendants without any negligence attributable in any measure to plaintiff, JAMES MCIVER.

29.     Plaintiff, JAMES MCIVER, has sustained compensable injuries as defined by the New Jersey State Insurance Law.

30.     By the aforesaid acts and omissions of defendants herein, plaintiff, JAMES MCIVER, has been directly and legally caused to suffer pain and suffering and actual damages including, but not limited to, loss of earnings and future earning capacity, medical expenses, attorney's fees costs of suit and other pecuniary loss not presently ascertainable for which the plaintiff will seek leave of the Court to amend once ascertained.

31.     By the aforesaid acts and omissions of defendants, plaintiff JAMES MCIVER, has been directly and legally caused to suffer physical injuries, including, but not limited to, injuries to his left hip and left knee, all of which individually, or in combination, satisfy the requirements of compensable injuries as defined by the New Jersey State Insurance Law.

32.     As a further direct and legal result of the acts and conducts of the defendants, as aforesaid, plaintiff, JAMES MCIVER, was caused to and did suffer from severe physical, emotional and mental distress, anguish, humiliation, embarrassment, fright, shock, pain, discomfort, and anxiety.  The exact extent and nature of said injuries is presently unknown to plaintiff, JAMES MCIVER, who will seek leave of this court to assert the same when they are ascertained.  Plaintiff, JAMES MCIVER, does not know at this time the exact duration or permanence of said injuries but plaintiff is informed and believes, and therefore alleges, that some, if not all, of his injuries are reasonably certain to be permanent.

**WHEREFORE**, plaintiff JAMES MCIVER demand judgment jointly and severally and/or individually and/or vicariously, against the defendants FEZA TRANS LLC, ELVIN R. ANDUJAR-ORTIZ, ABC COMPANIES 1-10 and JOHN DOE 1-5, on all counts for damages, costs, interest, counsel fees and all other relief this Court deems just and proper.

DATED:      New York, New York
            November 6, 2017

CELLINO & BARNES, P.C.

BY:JOHN H. SHIELDS, Esq.(JS 7313)
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2140
New York, New York 10170
john.shields@cellinoandbarnes.com

**JURY DEMAND**

Plaintiffs do hereby demand a trial by a jury on all issues so triable.

CELLINO & BARNES, P.C.

BY: JOHN H. SHIELDS, Esq.(JS 7313)
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2140
New York, New York 10170
john.shields@cellinoandbarnes.com

Dated: New York, New York
      November 6, 2017