**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMES McIVER,<br><br>     *Plaintiff*,<br><br>vs.<br><br>FEZA TRANS LCC, ELVIN R. ANDUJAR-ORTIZ, SCT TRANSPORTATION, LLC, SMITH CARGO TRANSPORTATION LLC and OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA, ABC COMPANIES 1-10 AND JOHN DOE 1-5 (said identity and names being fictitious an unknown),<br><br>     *Defendants*. | CASE NO.:  2:17-cv-11261<br><br><br>**MOTION TO DISMISS OF DEFENDANT OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA**<br><br><br>**Oral Argument Requested** |

NOW COMES, Defendant, Occidental Fire & Casualty Company of North Carolina, by and through its attorneys of record, Laura Dowgin, Joseph Ziemianski (*pro hac vice pending*), and Rafael Rivera, Jr. (*pro hac vice pending*), of the law firm Cozen O'Connor, and hereby moves this Honorable Court to dismiss this suit for Plaintiff James McIver's failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is made and based upon the attached memorandum of points and authorities, the accompanying Declaration of Rafael Rivera, Jr. and the exhibit annexed thereto, any and all pleadings on file herein, and any oral argument that this Court wishes to consider.

LEGAL\39693387\3

Dated this 1st day of February, 2019.

> s/Laura B. Dowgin
> _____
> LAURA B. DOWGIN
> New Jersey State Bar. No.
> 011592011
> COZEN O'CONNOR
> 45 Broadway Atrium, Suite 1600
> New York, NY 10006
> Tel: 212-509-9400
> LDowgin@cozen.com
>
> JOSEPH A. ZIEMIANSKI *(Pro Hac Vice Pending)*
> Texas State Bar No. 00797732
> COZEN O'CONNOR
> 1221 McKinney Street, Suite 2900
> Houston, TX 77010
> Tel: 832-214-3900
> jziemianski@cozen.com
>
> RAFAEL RIVERA, JR. *(Pro Hac Vice Pending)*
> New York State Bar. No. 5605795
> COZEN O'CONNOR
> 45 Broadway Atrium, Suite 1600
> New York, NY 10006
> Tel: 212-509-9400
> rafaelrivera@cozen.com
>
> *Attorneys for Defendant,*
> *OCCIDENTAL FIRE & CASUALTY Company*
> *OF NORTH CAROLINA*

2